AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| RONALD A. WRONOWSKI, JR. | Case Number: 8:04-cr-166-T-24MAP<br>USM Number: 41928-018 |
| | Dionja Dyer, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers _One through Seven_ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | New Criminal Conviction, Possession of Cocaine, occurring on September 29, 2008, while on supervision, in violation of the conditions of supervision. | September 29, 2008 |
| 2. | New Criminal Conviction, Possession of Drug Paraphernalia occurring on September 29, 2008, while on supervision, in violation of the conditions of supervision. | September 29, 2008 |
| 3. | New Criminal Conduct, Urine Testing, Fraudulent Practices, occurring through September 2008, while on supervision, in violation of the conditions of supervision. | September 2008 |
| 4. | New Criminal Conduct, Urine Testing, Fraudulent Testing, occurring on September 26, 2008, while on supervision, in violation of the conditions of supervision. | September 26, 2008 |
| 5. | Failure to Submit to Urinalysis in violation of the conditions of supervision. | September 26, 2008 |
| 6. | Failure to answer truthfully in violation of Condition Three of the Standard Conditions of Supervision. | September 2, 2008 |
| 7. | Failure to Work Regularly at a Lawful Occupation in violation of condition Five of the standard conditions of supervision. | September 29, 2008 |

The Defendant is found to be in violation of his supervised release, and the Supervised Release is revoked. The defendant is sentenced as provided in pages 3 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 2, 2009
Date of Imposition of Judgment

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

October 2, 2009
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: *THREE (3) Months, with no term of supervision to follow.*

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m.   p.m.   on _____.

    ___ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL